UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MORTGAGE ASSETS MANAGEMENT LLC<br>Plaintiff,<br><br>v.<br><br>NANCY L. MORRILL, et al<br><br>Defendants, | )<br>)<br>)<br>)<br>) CIVIL NO. 1:23-cv-00150-JAW<br>)<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered by U.S. District Judge John A. Woodcock, Jr. on July 31, 2023,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Joanne Deering
Deputy Clerk

Dated: August 1, 2023